# UNITED STATES DISTRICT COURT
## Eastern District of Texas – Beaumont Division

| | | |
|---|---|---|
| PAULA GAYTAN, | § | |
| , | § | |
| | § | CASE NUMBER: 1:26-cv-110 |
| PLAINTIFF | | |
| | § | |
| VS. | § | |
| | § | |
| ELITE PORTFOLIO MANAGEMENT, | § | |
| LLC, | § | DEMAND FOR JURY TRIAL |
| | § | |
| DEFENDANT | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF THIS COURT:

1.     Plaintiff, Paula Gaytan files this Stipulation of Dismissal under Federal Rule Civil Procedure 41(a)(1) against Elite Portfolio Management, LLC.

2.     Plaintiff moves to dismiss this suit against Elite Portfolio Management, LLC. With prejudice.

3.     Defendant has conferred with Plaintiff and agrees to the dismissal.

4.     All matters in controversy have been resolved.

5.     This case is not a class action, and a receiver has not been appointed.

6.     This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

7.     Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

8.     This dismissal is with prejudice.

9.     Costs are taxed to the party who incurred them.

Respectfully submitted,


*/s/ Daniel J. Ciment*

Daniel J. Ciment
CIMENT LAW FIRM, PLLC
400 E. Weatherford St.,
Fort Worth, TX 76102
833-663-3289
Daniel@cimentlawfirm.com
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I certify that the above document was sent to all parties of record via the ecf filing system on July 23, 2026.

*Daniel J. Ciment*
Daniel J. Ciment