IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PAULA GAYTAN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-00110 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| ELITE PORTFOLIO MANAGEMENT, | § | |
| LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ACKNOWLEDGEMENT OF STIPULATION OF DISMISSAL

The Court has received the Plaintiff's Stipulation of Dismissal filed in the above-styled matter. [Dkt. 6]. Plaintiff stipulates to the dismissal of all claims and causes of action asserted herein, with prejudice, in accordance with Federal Rule of Civil Procedure 41(a)(1).

Accordingly, the Court **ACKNOWLEDGES** that this matter is hereby **DISMISSED WITH PREJUDICE**, effective the date of the filing of the stipulation.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs and that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 23rd day of July, 2026.**

_____
Michael J. Truncale
United States District Judge